Tanya Moore, Esq. SBN 206683
MOORE LAW FIRM, P.C.
332 N. Second Street
San Jose, CA  95112
Telephone (408) 271-6600
Facsimile (408) 298-6046

Attorneys for Plaintiff
Natividad Gutierrez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>          Plaintiff,<br><br>     vs.<br><br>QUICK "N" E-Z SHELL, INC., et al.,<br><br>          Defendants. | No.  1:10-CV-01752-OWW-SKO<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Natividad Gutierrez and Defendants Quick "N" E-Z Shell dba Shell aka Quick "N" E-Z Shell; Jessica Sethi; Ganisha Sethi; and Gaurav Sethi, the parties to this action, by and through their respective counsels, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned action be and hereby is dismissed with prejudice in its entirety.

Dated: December 3, 2010                                      MOORE LAW FIRM, P.C.



                                                                                  /s/Tanya Moore
                                                                                  Tanya Moore
                                                                                  Attorneys for Plaintiff

*Gutierrez v. Quick "N" E-Z Shell Inc., et al.*
Stipulation for Dismissal

Page 1

Dated: December 3, 2010         ATKINSON, ANDELSON, LOYA,
                                RUUD & ROMO


                                 /s/ William W. Woolman
                                William M. Woolman, Attorneys for Defendants

**ORDER**

   The parties having so stipulated, this action is dismissed with prejudice in its entirety.



IT IS SO ORDERED.

   Dated:   **December 3, 2010**              **/s/ Oliver W. Wanger**
                                           UNITED STATES DISTRICT JUDGE

*Gutierrez v. Quick "N" E-Z Shell Inc., et al.*
Stipulation for Dismissal